40,953-03

RE: WR-40-953-03
TRIAL: 07-03-12326-A

WR 40-953-04
TRIAL 08-02-12777-A

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 24 2015

Abel Acosta, Clerk

MOTION DISMISSED
DATE: 3-25-15 March 19th 2015
BY: P.C.

Dear Clerk

Enclosed is a motion to withdraw the 1st petition of Habeas Corpus due to the fact a outside Legal Aid group filed without my concent, without my signature, and Is why I filed an Amends Whit on April 2012.

Time Date stamp for my records, the carbon copy.

I thank you in advance

Your Humble servant

Respectfully

Ricky Strobble 1594772
Robertson Unit
12071 FM 3522
Abilene, TX 79601

| RICKY Lee Stroble | § | COURT OF |
|---|---|---|
| pro-se | | |
| V. | § | CRIMINAL APPEALS |
| STATE | § | |
| | | Austin Texas |

## Motion to Withdraw Habeas Corpus

Now comes RICKY Lee Stroble 1594772 and asks the Honorable Court to withdraw his oringial Habeas Corpus Filed on 1-25-2012 and would show the Court the Following:

1. AN OUTSIDE LEGAL AID group prepaied the oringnal WRIT and mailed it in for ME, without me signing, and wothaut concent.

2. Stroble Filed a Amend writ in April 2012 due to the Actions of the Company Called LEGAL AID.

3. STROBLE WAS under persumsims that the Writ of Habeas Corpus was still in front of the Honorable Court because STROBLE NEVER recieved a White Card, or a dismissal letter from the court of Criminal Appeals stating it has been dismissed due to the fact it WAS Filed before Mondate was issued in March 2012

4. STROBLE had made many attempts and inquers to the pending case(s), but WAS Never told of the dismissal.

5. STROBLE Has filed for APOINTMENT of counsel (dismissed) but was never told that the writ had been dismissed.

6. STROBLE has file a motion to STAY ABEVANCE, again dismissed, never told that the writ had been dismissed.

## PRAYER

For the Foregoing reason(s) STROBLE PRAYs that the court should withdraw the original Habeaus Corpus due to the Facts above, and except a New WRIT OF Habuse Corpus.

Respectfully

Ricky Stroble 1594772


## Unsworn Declartion

I RICKY STROBLE 1594772 pro-se being in prison at the French M Robertson Unit in Jones County TEXAS, do hereby verify under penalty of perjury that the Foregoing is true and correct as well as offered a GOOD faith

executed on this the 19ᵗʰ day of March 2015

Ricky Stroble 1594772
Robertson Un'
12071 FM 3522
Abilee, TX 79601

(2)

RICKY lee Stroble § COURT OF
    pro-se

V. § CRIMINAL APPEALS

STATE §

        Austin Texas

## Motion to Withdraw Habeas Corpus

Now comes RICKY Lee Stroble 1594772 and asks the Honorable Court to withdraw his oringial Habeas Corpus filed on 1-25-2012 and would show the Court the Following:

1. AN OUTSIDE LEGAL AID group prepared the oringnal WRIT and mailed it in for ME, without me signing, and without concent.

2. Stroble Filed a Amend writ in April 2012 due to the Actions of the Company called LEGAL AID.

3. STROBLE WAS under persumsums that the Writ of Habeas Corpus was still in front of the Honorable Court because STROBLE NEVER recieved a White Card, or a dismissal Tetter from the court of Criminal Appeals stating it has been dismissed due to the fact it was filed before Mondate was issued In March 2012

4. STROBLE had made many attempts and inquires to the pending case(s), but WAS Never told of the dismissal.

(1)

5. STROBLE Has filed for APOINTMENT of counsel (dismissed) but was never told that the writ had been dismissed.

6. STROBLE has file a motion to STAY ABEYANCE. Again dismissed, never told that the writ had been dismissed.

## PRAYER

For the Foregoing reason(s), STROBLE PRAYs that the court should withdraw the original Habeus Corpus due to the Facts above, and except a New WRIT OF Habeus Corpus.

Respectfully

Ricky Stroble 1594772

## Unsworn Declaration

I RICKY STROBLE 1594772 pro-se being in prison at the French M Robertson Unit in Jones County Texas, do hereby verify under penalty of perjury that the Foregoing is true and correct as well as offered a GOOD faith

executed on this the 19th day of March 2015

Ricky Stroble 1594772
Robertson Un'
12071 F m 3522
Abilene, TX 79601

(2)